■ In the Matter of John H. Young v. Supreme Court of the State of New York et al.— Motion to dismiss petition as a matter of law granted and the proceeding dismissed, with $20 costs and disbursements to the respondent, Hon. Irving H. Saypol, Justice of the Supreme Court of the State of New York, First Judicial Department. Motion by Mortimer Brandenburg and others to intervene in this proceeding as parties respondents and for other .

494

relief denied in view of the decision of this court decided herein. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.